AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____   **District of** _____ CALIFORNIA _____

| | |
|---|---|
| MORA, ET AL. <br>                Plaintiff (s), <br> V. <br> UNITED STATES OF AMERICA <br>              Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER:   C 15-00417 JSC |

Notice is hereby given that, subject to approval by the court, _____Elizabeth Mora_____ substitutes
(Party (s) Name)

_____ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____John E. Hill_____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Elizabeth Mora

Address:         1835 Wilcox Avenue, San Pablo, CA 94806

Telephone:     (510) 776-8626          Facsimile _____

E-Mail (Optional):    _____

I consent to the above substitution.

Date:     08-10-15 _____       *Elizabeth Mora*
(Signature of Party (s))

I consent to being substituted.

Date:     8/11/15 _____       *[signature]*
(Signature of Former Attorney (s))
John E. Hill

I consent to the above substitution.

Date:    _____       _____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     August 12, 2015 _____

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

GRANTED
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA