AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN     District of     CALIFORNIA

MORA, ET AL.
           Plaintiff (s),
V.
UNITED STATES OF AMERICA
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 15-00417 JSC

Notice is hereby given that, subject to approval by the court, **Hector Ortega** substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of   John E. Hill
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Hector Ortega
   Address:      1835 Wilcox Avenue, San Pablo, CA 94806
   Telephone:    (510) 776-8626          Facsimile _____
   E-Mail (Optional):

I consent to the above substitution.
Date:   08-10-15
                                        *Hector Ortega*
                                        (Signature of Party (s))

I consent to being substituted.
Date:   8/11/15
                                        *[signature]*
                                        John E. Hill
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   August 12, 2015

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Note: A separate consent order of substitution must be filed by each new appearance.]