UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MORA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 15-cv-00417-JSC<br><br>**ORDER TO SHOW CAUSE AND VACATE CASE MANAGEMENT CONFERENCE** |

    Plaintiffs Elizabeth Mora and Hector Ortega ("Plaintiffs") bring this negligence and medical negligence action against the United States ("Defendant") under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346, 2671-2680, arising out of their misdiagnosis of gonorrhea at the Brookside Community Health Center. (Dkt. No. 1.) On June 11, 2015, the Court dismissed Plaintiffs' complaint for failure to state a claim and ordered Plaintiffs to file an amended complaint within 30 days. (Dkt. No. 24.) That deadline was extended several times by stipulation of the parties because Plaintiffs' counsel withdrew due to an ethical conflict and Plaintiffs were searching for substitute counsel. (*See* Dkt. Nos. 26, 28, 30.) Ultimately, Plaintiffs' amended complaint was due by August 27, 2015. (Dkt. No. 30.) As of the date of this Order, Plaintiffs, now proceeding pro se (Dkt. Nos. 36, 37), still have not filed an amended complaint. The parties' mediation deadline was vacated because Plaintiffs could not move forward with discovery necessary for fruitful mediation without counsel. (Dkt. No. 32.) Though Plaintiffs are now proceeding pro se, they have not sought to reset the mediation deadline. Further, a case management conference is scheduled for October 1, 2015. Defendant filed an individual case management statement stating that Plaintiffs had failed to respond to their attempts to obtain their input in completing a joint report and requesting that the Court close this case. (Dkt. No. 38.)

Rule 41 accords a district court discretion to dismiss a plaintiff's action because of his failure to prosecute, to comply with any order of the court, or to comply with the Federal Rules of Civil Procedure. *See, e.g.*, *Hearns v. San Bernardino Police Dep't*, 530 F.3d 1124, 1129 (9th Cir. 2008); *Ferdik v. Bonzelet*, 963 F.2d 1258 (9th Cir. 1992) (affirming dismissal of a *pro se* lawsuit where the plaintiff failed to comply with the court's order to file an amended pleading), *cert. denied*, 506 U.S. 915 (1992); *see also Oliva v. Sullivan*, 958 F.2d 272, 273-74 (9th Cir. 1992) (noting that the district court may dismiss sua sponte for failure to meet a court deadline). Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file a written response to this Order by **October 15, 2015**. In particular, Plaintiffs must explain their failure to file an amended complaint by the deadline and their failure to submit a joint case management conference statement. Plaintiffs must also file an amended complaint by that date. Plaintiffs are warned that a failure to comply with this Order may result in the dismissal of this action for failure to prosecute or to comply with a court order. *See* Fed. R. Civ. P. 41(b).

The case management conference previously scheduled for October 1, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge